In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00375-CV

_____

**NORMAN CRITTENDON, Appellant**

**V.**

**J. DOE, ET AL, Appellees**

**On Appeal from the County Court at Law
Polk County, Texas
Trial Cause No. CV03358**

**ORDER**

On July 20, 2017, we dismissed this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b). The appellant, Norman Crittendon, subsequently filed a motion for rehearing. *See* Tex. R. App. P. 49.1. We requested a response form the appellees. *See* Tex. R. App. P. 49.2. An *amicus curiae* response has been received from the Office of the Attorney General.

The motion for rehearing filed by the appellant on August 2, 2017, is granted. Tex. R. App. P. 49.3. We withdraw our Opinion of July 20, 2017, and vacate the

judgment entered thereon the same date. We reinstate the appeal on the Court's docket. We grant the appellant's motion for an extension of time to file a brief. The brief of the appellant is filed. The appellees' brief is due September 18, 2017.

ORDER ENTERED August 16, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.